IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE C. MORA, | No. C-07-02118 EDL |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHN E. POTTER, | |
| Defendant. | |

The Court held a Case Management Conference in this matter on July 24, 2007. Plaintiff's counsel appeared by telephone. There was no appearance from Defendant. For the reasons stated at the hearing, the Court issues the following Order:

1. No later than July 27, 2007, Plaintiff shall file a notice of related case in this case and in Mora v. Potter, C-05-4715 MJJ.

2. No later than July 30, 2007, Plaintiff shall serve Defendant with the summons, complaint and all related documents in this matter.

3. A further Case Management Conference is scheduled for September 4, 2007 at 3:00 p.m. An updated joint Case Management Conference statement shall be filed no later than August 28, 2007.

**IT IS SO ORDERED.**

Dated: July 24, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge