SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6967
    Facsimile:   (415) 436-6748
    Email:      jennifer.s.wang@usdoj.gov

Attorneys for Defendant
JOHN E. POTTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELICE MORA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER,<br><br>        Defendant. | No. C 07-2118 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**SPECIAL APPEARANCE BY DEFENDANT** |

      Subject to the Court's approval, the parties[1], through their undersigned counsel, hereby agree and stipulate to continue the case management conference in the above-captioned case. The case management conference is currently set for October 23, 2007 at 2:00 p.m.  The parties hereby stipulate to continue the case management conference to November 13, 2007 at 2:00 p.m.

///

///

///

---

[1] Defendant has not yet been properly served with the summons and complaint and is specially appearing to file this Stipulation and [Proposed] Order to Continue the Case Management Conference.  Defendant does not waive its right to assert any jurisdictional issues related to this case.

1  The continuance is needed because counsel for the defendant will be out of town for mandatory
2  training and unavailable on October 23, 2007.
3       IT IS SO STIPULATED.

6  DATED: October 11, 2007                    Respectfully submitted,

7                                             SCOTT N. SCHOOLS
                                              United States Attorney

8                                                    /s/
                                              _____
9                                             JENNIFER S WANG
                                              Assistant United States Attorney
10

11                                                   /s/
                                              _____
12 DATED: October 11, 2007
                                              JOHN L. TAYLOR
13                                            Attorney for Plaintiff

14 Pursuant to General Order 45, I attest that I have obtained authorization from John L. Taylor to
15 affix his electronic signature to this document.

17 DATED: October 11 , 2007

19                                                ___/s/_____
                                              JENNIFER S WANG
20                                            Assistant United States Attorney

Stip. & [Prop.] Order to Continue CMC
Case No. C 07-2118 MJJ                    2

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the case management conference currently scheduled for October 23, 2007 at 2:00 p.m. is continued to November 13, 2007, at 2:00 p.m.

Dated: October 15, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE